AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RUDOLPH BETANCOURT<br><br>*Plaintiff(s)*<br>v.<br>SHARPE HOLDINGS, LLC and COSTA SUR CUBAN CAFE INC<br><br>*Defendant(s)* | Civil Action No. 24-cv-61066-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SHARPE HOLDINGS, LLC
c/o Registered Agent:
Business Filings Incorporated
1200 South Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Glenn R. Goldstein, Esq., (55873)
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, FL 33138
561-573-2106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 20, 2024



Angela E. Noble
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts

SUMMONS

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| RUDOLPH BETANCOURT<br><br>*Plaintiff(s)*<br>v.<br>SHARPE HOLDINGS, LLC and COSTA SUR CUBAN CAFE INC<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-cv-61066-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  COSTA SUR CUBAN CAFE INC
c/o Registered Agent:
Alvaro Torres
601 NE 23rd Place
Pompano Beach, FL 33064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Glenn R. Goldstein, Esq., (55873)
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, FL 33138
561-573-2106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Jun 20, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ J. Adams
Deputy Clerk
U.S. District Courts