## RETURN OF SERVICE

**STATE OF FLORIDA**

Case Number: **0:24-CV-61066-WPD**

Plaintiff:
RUDOLPH BETANCOURT

VS

SHARPE HOLDINGS, LLC AND COSTA SUR
CUBAN CAFÉ INC
Defendant(s)

Received by:  Glen R. Goldstein, Esq
              Glenn R. Goldstein & Associates, PLLC

I received this Summons and Complaint on June 20, 2024 at 12:50 p.m. in Miami Dade County Florida and it was served June 26, 2024 at 9:10 a.m. on Sharpe Holdings, LLC c/o Registered Agent: Business Filings Incorporated., 1200 South Pine Island Road, Suite 250, Plantation, Florida 33324.

**CORPORATE SERVICE:** Served the within named corporation by delivering a true copy of the Summons & Complaint with the date and hour of service endorsed thereon by me to: Donna Moch as senior section head who is a representative of the Registered Agent and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing, in the judicial circuit in which the process was served.

**Ernesto Borges**
#952
**Special Process Server**

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| RUDOLPH BETANCOURT <br><br> *Plaintiff(s)* <br> v. <br> SHARPE HOLDINGS, LLC and COSTA SUR CUBAN CAFE INC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 24-cv-61066-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHARPE HOLDINGS, LLC
c/o Registered Agent:
Business Filings Incorporated
1200 South Pine Island Road, Suite 250
Plantation, FL 33324

[Handwritten annotations: 6/20/24 12:50 pm; 6/26/24 9:10 AM; Donna Gloch Senior Seatson [?] Representative of R/A #952 Sandra Bergen]

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Glenn R. Goldstein, Esq., (55873)
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, FL 33138
561-573-2106

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: Jun 20, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ J. Adams
Deputy Clerk
U.S. District Courts