UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RUDOLPH BETANCOURT,
     Plaintiff,
vs.

SHARPE HOLDINGS, INC and
COSTA SUR CUBAN CAFÉ, INC.,
     Defendants.

Case No: 24-cv-61066-WPD

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Plaintiff, RUDOLPH BETANCOURT, and Defendants, SHARPE HOLDINGS, INC and

COSTA SUR CUBAN CAFÉ, INC., by and through their respective undersigned counsel, hereby

notify the Court that the Parties have reached a settlement in principle. The Parties are in the

process of memorializing their agreement and finalizing their settlement documents.

     Respectfully submitted,

/s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
  *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561-573-2106
GGoldstein@G2Legal.net

/s/ Carla Lowry
Carla Lowry (FBN: 507318)
  *Attorney for Defendants*
Lowry at Law PA
200 SE 6th Street, Suite 201
Fort Lauderdale, FL 33301
954-527-8885
Carla@lowryatlaw.com

/s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
844-702-8867
WassenbergL@gmail.com